JOHN CLARK, Doing Business as CLARK'S BOAT LIVERY, Respondent, v. LEONID G. GARTH, Appellant.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.